UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:  Case No: 16-81934
Gregory L. Whaley
SSN XXX-XX-2972  Chapter: 13
DEBTOR(S)

### SUBMISSION OF DEBTOR'S AMENDED CHAPTER 13 PLAN

COMES NOW said Debtor(s), Gregory L. Whaley does hereby submit his Amended Chapter 13 Plan and as grounds thereof would show as follows:

1. Said Amended Chapter 13 plan is being amended to correct the Mortgage Arrearage amount that is to be paid to Wells Fargo.

2. Attached hereto is the Amended Chapter 13 Plan.

/s/ Stephen G. Campbell
STEPHEN G. CAMPBELL
Attorney for Debtor

/s/ Gregory L. Whaley
Gregory L. Whaley
Debtor

### Certificate of Service

I, Stephen G. Campbell certify that I have this date served a copy of the foregoing instrument upon all creditors listed on the Creditor Matrix, all Parties listed below, and the Trustee of record Michael Ford, by placing a copy of same in the U.S. Mail, adequate postage affixed, and addressed to their respective mailing addresses as reflected in the clerk's file, or by electronic transmission, on this the  2nd  day of September, 2016.

Wells Fargo Bank N.A.  Wells Fargo Bank N.A.
Default Document Processing  Attn: Diane Murray
MAC # N9286-01Y  Claim Signatory
1000 Blue Gentian Road  Attorney of Record
Eagan, MN 55121  P.O. Box 55887
  Birmingham, AL 35255

/s/ Stephen G. Campbell
STEPHEN G. CAMPBELL
Attorney for Debtor
P.O. Box 708
Athens, AL 35612
(256) 232-7354

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 16-81934-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Sep  2 12:10:50 CDT 2016 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Ally Financial<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>attn. Clayton Gaspers<br>4000 Lexington Ave N Ste 100<br>Shoreview MN 55126-3196 | American Credit Acceptance<br>attn. Eric Henry cl sig<br>961 E Main St<br>Spartanburg, SC 29302-2185 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Credit Management, LP<br>Attn: Bankruptcy<br>P.O. Box 118288<br>Carrolton, TX 75011-8288 |
| ERC/Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Franklin Collection Service, Inc<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 | Huntsville Emergency Physicians Group<br>c/o Franklin Collection Service<br>PO Box 3910<br>Tupelo, MS 38803-3910 |
| Huntsville Hospital<br>c/o Franklin Collection Service<br>PO Box 3910<br>Tupelo, MS 38803-3910 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Orange Lake Country<br>Attn: Bankruptcy<br>8505 W Irlo Bronson Memorial Highway<br>Kissimmee, FL 34747-8201 |
| Sirote & Permutt<br>P.O. Box 55727<br>Birmingham, AL 35255-5727 | USA Funds/Sallie Mae Servicing<br>CBE Group<br>P.O. Box 900<br>Waterloo, IA 50704-0900 | WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING<br>MAC# N9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121-7700 |
| Wells Fargo Bank N.A./Wells Fargo Dealer Svs<br>Chanda L Taylor<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>P.O. Box 3569<br>Rancho Cucamonga, CA 91729-3569 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | World Acceptance Corporation<br>World Acceptance Corp/Attn Bankruptcy<br>P.O. Box 6429<br>Greenville, SC 29606-6429 | Gregory L Whaley<br>212 Bumper Crop Lane<br>Madison, AL 35757-6964 |
| Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Stephen Gale Campbell<br>Stephen G. Campbell, P.C.<br>105 South Marion Street<br>P.O. Box 708<br>Athens, AL 35612-0708 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Military Star/AAFES<br>P.O. Box 650060<br>Dallas, TX 75265 | Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)WELL FARGO BANK, N.A. | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients    1<br>Total    26 |

Form Number LR 3015-1 A (12/15)

AMENDED CHAPTER 13 PLAN

Case No.: 16-81934

| Debtor(s): | Gregory L Whaley | SS#: xxx-xx-2972 | Net Monthly Earnings: 1,291.21 |
|---|---|---|---|
| | | SS#: | Number of Dependents: 2 |

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Limestone County Correctional Facility** for
   $ **1,292.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **77,520.00**.

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,250.00** ; **$0.00** paid pre-petition;

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | $150,233.00 | ☐ by Trustee ☑ by Debtor $1,054.04 | August 2016 | $11,817.40 | | 4.00% | $355.62 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| American Credit Acceptance | $160.41 | $16,041.39 | $15,978.89 | $1.11 | 2006 Ford Explorer Under 910 days | 5.25% | $613.51 | |
| Wells Fargo Dealer Services | $35.35 | $3,53543 | $6,900.00 | $0.00 | 2004 Toyota Camry | 5.25% | $143.21 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **July 6, 2016**.
   ☑ This plan proposes to pay unsecured creditors **100** %.
   ☑ Other Provisions:

**Special Intentions:**
**Ally Financial:** Debtor is surrendering the 2011 Toyota Sienna to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed. Ally Financial has the right to secure their collateral at their earliest convenience from the Debtor in order to sale the collateral and file a deficiency balance if needed

**Orange Lake Country:** Debtor is surrendering the time share to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed. Time share was awarded to ex-wife in divorce.

Allowed secured claims will receive adequate protection payments from the date of confirmation or from the bar date if the claim is filed after confirmation, until the debtor's attorney fee is paid in full. At such time as the debtors' attorneys fee is paid, the allowed secured claims shall be paid in monthly payments as set forth above.

Unsecured creditors shall not receive interest on their claims unless specifically provided for in this plan.
Payments by the Trustee- Pursuant to 11 U.S.C. §1326(b), from money received, the trustee shall first pay 507 (a) (2) costs, attorneys fees. When those cost have been paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims that are to be sub-classed. The remaining money received by the Trustee shall then be distributed pro-rata to the properly filed unsecured claims

All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.

All Secured claims shall be paid as noted in Section 1 or until said claim or claims are paid in full. The claims distribution will be subject to modification after the Bar date review.

| Attorney for Debtor Name/Address/Telephone # | Dated: **September 2, 2016** | /s/ Gregory L Whaley |
|---|---|---|
| Stephen G. Campbell ASB0124N49C<br>105 South Marion Street<br>PO Box 708<br>Athens, AL 35612-0708<br>Telephone # **256-232-7354** | | Gregory L Whaley<br>Signature of Debtor |